# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>           Plaintiff,<br><br>     v.<br><br>JERRY SMITH,<br><br>           Defendant.<br>_____/ | CASE NO. 1:13-cr-00163-SKO<br><br>**ORDER REQUIRING DEFENDANT'S COUNSEL TO PERSONALLY APPEAR AND SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILING TO APPEAR AT THE FIRST REVIEW HEARING** |

On May 9, 2013, an arraignment and plea hearing was held before Magistrate Judge Gary S. Austin, and Defendant Jerry Smith ("Defendant") entered a guilty plea and was sentenced. (Doc. 8.) Defense counsel Alonzo Gradford, Esq., appeared on behalf of the Defendant. (Doc. 8.) The Court ordered that a Review Hearing be held on November 14, 2013, at 10:00 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto. (Doc. 3.) On November 14, 2013, Mr. Gradford failed to appear at the date and time for the Review Hearing.

District courts have the inherent power to enforce their orders through civil contempt. *In re Dual-Deck Video Cassette Recorder Antitrust Litig*., 10 F.3d 693, 695 (9th Cir. 1993). Rule 110 of the Local Rules of the United States District Court, Eastern District of California provides that the "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." This includes monetary sanctions.

1 | Here, counsel for Defendant failed to appear at the Review Hearing on November 14, 2013, as ordered by the Court, despite Mr. Gradford being personally present when the Review Hearing was set.  Accordingly, Mr. Gradford is ORDERED TO SHOW CAUSE why sanctions should not be issued against him for his failure to comply with Court's order and for his failure to appear on the date and time set for the Review Hearing.  Mr. Gradford SHALL FILE a response to this Order to Show Cause by no later than December 12, 2013, and SHALL PERSONALLY APPEAR on December 19, 2013, at 11:00 a.m. in Courtroom 7 before Magistrate Judge Oberto to SHOW CAUSE why sanctions shall not be issued.

IT IS SO ORDERED.

Dated:   **November 15, 2013**           /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE