# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JERRY SMITH,<br><br>            Defendant.<br>_____/ | Case No. 1:13-cr-00163-SKO<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND VACATING HEARING SET FOR DECEMBER 19, 2013**<br><br>(Docket No. 12) |

On May 9, 2013, an arraignment and plea hearing was held before U.S. Magistrate Judge Gary S. Austin and Defendant Jerry Smith ("Defendant") entered a guilty plea and was sentenced. (Doc. 8.)  Defense counsel Alonzo Gradford, Esq., appeared on behalf of Defendant. (Doc. 8.) The Court ordered that a Review Hearing be held on November 14, 2013, at 10:00 a.m. in Courtroom 7 before U.S. Magistrate Judge Sheila K. Oberto. (Doc. 3.)  On November 14, 2013, Mr. Gradford failed to appear at the date and time for the Review Hearing.

As such, on November 15, 2013, the Court issued an order requiring Mr. Gradford to file a statement no later than December 12, 2013, why sanctions should not issue for failing to appear at the first Review Hearing and to personally appear at a show cause hearing on December 19, 2013. (Doc. 12.)

On December 12, 2013, Mr. Gradford filed a response to the order. (Doc. 15.)  Having reviewed Mr. Gradford's statement, the Court DISCHARGES the order to show cause and

VACATES the December 19, 2013, show cause hearing.  Counsel is ADMONISHED that no further failure to appear will be tolerated.

Accordingly, IT IS HEREBY ORDERD that:

1. The November 15, 2013, order to show cause is DISCHARGED; and
2. The show cause hearing set for December 19, 2013, is VACATED and counsel does not need to appear at the hearing.

IT IS SO ORDERED.

Dated:   **December 17, 2013**            /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE