Law Office of Alonzo J. Gradford
Alonzo J. Gradford, State Bar No. 244201
1202 H Street, Suite C
Modesto, California 95354
(209) 408-0342 (Phone); (209) 408-0797 (Facsimile)

Attorneys for Jerry Smith

Receipt of a copy of this document is hereby acknowledged:
date___/___/___ by:_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---oOo---

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　)<br>　　v. )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>JERRY SMITH )<br>　　　　Defendant. )<br>　　　　　　　　　　　　　　　　)<br>_____ ) | No.   1:13-CR-00163<br><br>MOTION TO WITHDRAW AS ATTORNEY OF RECORD and ORDER |

　　　　COMES NOW Alonzo J. Gradford, attorney for Defendant Jerry Smith, and hereby request to withdraw as attorney of record on the following grounds:

　　　1.  Defendant Jerry Smith passed away on December 26, 2014 (Exhibit A).

1

Declared and submitted under penalty of perjury in Modesto, California on March 3, 2015.

GOOD CAUSE SHOWN, Attorney Alonzo J. Gradford's motion to withdraw as attorney of record is hereby granted.

IT IS SO ORDERED.

Dated:   **March 4, 2015**

UNITED STATES MAGISTRATE JUDGE